# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FREDERICK L. COOGLER, | : | |
| | | Case No. 3:06CV0378 |
| Plaintiff, | : | |
| | | |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| GREEN TOKAI COMPANY, LTD. | : | |
| | | |
| Defendant. | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on October 2, 2007(Doc. #17) is ADOPTED in full;

2. Defendants Second Motion to Compel (Doc. # 15), is GRANTED and Plaintiff's Complaint is DISMISSED pursuant to Fed. R. Civ. P. 37(b)(2)(C) and Fed. R. Civ. P. 41(b); and,

3. The case is terminated on the docket of this Court.

October 19, 2007                                                         **s/THOMAS M. ROSE**

                                                                                    Thomas M. Rose
                                                                              United States District Judge